B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>MORFOGEN, STRATIS | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>930 FIFTH AVENUE, APT. 12E<br>NEW YORK, NEW YORK 10021-2680 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br> |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>NEW YORK COUNTY                       ZIP CODE<br>                                                         10021 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☑ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>    11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.  ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.  ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                                                          or<br>   b ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2      Name of Debtor __MORFOGEN, STRATIS__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x __PLEASE SEE ATTACHED SHEET__                                  x _____
Signature of Petitioner or Representative (State title)          Signature of Attorney                Date

Name of Petitioner            Date Signed                        Name of Attorney Firm (If any)

Name & Mailing                                                   Address
Address of Individual
Signing in Representative                                        Telephone No.
Capacity

---

x _____                                 x _____
Signature of Petitioner or Representative (State title)          Signature of Attorney                Date

Name of Petitioner            Date Signed                        Name of Attorney Firm (If any)

Name & Mailing                                                   Address
Address of Individual
Signing in Representative                                        Telephone No.
Capacity

---

x _____                                 x _____
Signature of Petitioner or Representative (State title)          Signature of Attorney                Date

Name of Petitioner            Date Signed                        Name of Attorney Firm (If any)

Name & Mailing                                                   Address
Address of Individual
Signing in Representative                                        Telephone No.
Capacity

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| PLEASE SEE ATTACHED SHEET | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

__4__ continuation sheets attached

## PETITIONING CREDITORS

| Name and address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dave 60 NYC Inc.<br>33-35 E. 60th Street<br>New York, NY 10065 | Indemnification | $3,000,000.00 |
| Coach House Restaurant, Inc.<br>234 West 56th Street<br>New York, NY 10019 | Judgment signed by Judge Ramos, pending entry by the Clerk | $831,077.96<br>plus accrued interest |
| Gottlieb & Associates<br>as Attorneys for Veronka Haydon<br>150 East 18th Street, Suite PHR<br>New York, New York 10003 | Judgment for legal fees | $ 25,220.00<br>plus accrued interest |
| Main Street Wholesale Meats<br>210 Main Street<br>Farmingdale, NY 11735-2618 | Judgment | $ 11,103.32<br>plus accrued interest |
| Dairyland USA Corp.<br>1300 Viele Avenue<br>Bronx, NY 10474 | Judgment | $ 6,932.35<br>plus accrued interest |
| Conca D'Oro Importers, Inc.<br>72-02 51st Avenue<br>Woodside, NY 11377-7611 | Judgment | $ 1,535.85<br>plus accrued interest |
| Village Views Realty LLC<br>419 Lafayette Street<br>New York, NY 10003 | Judgment | $ 1,470.00<br>plus accrued interest |


---

## REQUEST FOR RELIEF

Petitioners request that an order for relief be entered against the debtor under chapter 7 of title 11 of the United States Code as specified in this petition.

Petitioners each declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

---

Petitioner: Dave 60 NYC Inc.
33-35 E. 60th Street
New York, NY 10065

Dated: April 17 2014

By: _____
Name: Joseph Goldsmith
Title: President


Petitioner: Coach House Restaurant, Inc.
234 West 56th Street
New York, NY 10019

Dated: April __, 2014

By: _____
Name:
Title:


Petitioner: Gottlieb & Associates
150 East 18th Street, Suite PHR
New York, New York 10003

Dated: April __, 2014

By: _____
Name:
Title:

# REQUEST FOR RELIEF

Petitioners request that an order for relief be entered against the debtor under chapter 7 of title 11 of the United States Code as specified in this petition.

Petitioners each declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

---

Petitioner:   Dave 60 NYC Inc.
              33-35 E. 60th Street                    Dated: April __, 2014
              New York, NY 10065

              By: _____
                  Name:
                  Title:


Petitioner:   Coach House Restaurant, Inc.
              234 West 56th Street                    Dated: April 16, 2014
              New York, NY 10019

              By: /s/ _____
                  Name: GERALD LIEBLICH
                  Title: PRESIDENT


Petitioner:   Gottlieb & Associates
              150 East 18th Street, Suite PHR         Dated: April __, 2014
              New York, New York 10003

              By: _____
                  Name:
                  Title:

# REQUEST FOR RELIEF

Petitioners request that an order for relief be entered against the debtor under chapter 7 of title 11 of the United States Code as specified in this petition.

Petitioners each declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

_____

Petitioner:   Dave 60 NYC Inc.
              33-35 E. 60th Street                    Dated: April __, 2014
              New York, NY 10065

              By: _____
                  Name:
                  Title:

Petitioner:   Coach House Restaurant, Inc.
              234 West 56th Street                    Dated: April __, 2014
              New York, NY 10019

              By: _____
                  Name:
                  Title:

Petitioner:   Gottlieb & Associates
              150 East 18th Street, Suite PHR         Dated: April 17, 2014
              New York, New York 10003

              By: _____
                  Name: Jeffrey M. Gottlieb
                  Title: Partner

Petitioner:  Main Street Wholesale Meats
210 Main Street
Farmingdale, NY 11735-2618

By: _____
Name: RAMON SARF
Title: Authorized Agent

Dated: April 11, 2014

Petitioner:  Dairyland USA Corp.
1300 Viele Avenue
Bronx, NY 10474

By: _____
Name: RAMON SARF
Title: Authorized Agent

Dated: April 11, 2014

Petitioner:  Conca D'Oro Importers, Inc.
72-02 51st Avenue
Woodside, NY 10003

By: _____
Name: RAMON SARF
Title: Authorized Agent

Dated: April 11, 2014

Petitioner:  Village Views Realty
419 Lafayette Street
New York, NY 10003

By: _____
Name:
Title:

Dated: April __, 2014

Dated: New York, New York
April __, 2014

GOLDBERG WEPRIN FINKEL
GOLDSTEIN LLP
*Attorneys for Petitioning Creditors*
1501 Broadway, 22nd Floor
New York, New York 10036

By: _____
Kevin J. Nash, Esq.

Petitioner:   Main Street Wholesale Meats
              210 Main Street                          Dated: April __, 2014
              Farmingdale, NY 11735-2618

              By: _____
                  Name:
                  Title:

Petitioner:   Dairyland USA Corp.
              1300 Viele Avenue                        Dated: April __, 2014
              Bronx, NY 10474

              By: _____
                  Name:
                  Title:

Petitioner:   Conca D'Oro Importers, Inc.
              72-02 51st Avenue                        Dated: April __, 2014
              Woodside, NY 10003

              By: _____
                  Name:
                  Title:

Petitioner:   Village Views Realty
              419 Lafayette Street                     Dated: April 11, 2014
              New York, NY 10003

              By: _/s/ Mike Ionescu_____
                  Name:  Mike Ionescu
                  Title: Owner


Dated:  New York, New York             GOLDBERG WEPRIN FINKEL
        April 17, 2014                 GOLDSTEIN LLP
                                       *Attorneys for Petitioning Creditors*
                                       1501 Broadway, 22nd Floor
                                       New York, New York 10036

                                       By: _____
                                           Kevin J. Nash, Esq.